IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV114 |
| | ) | |
| v. | ) | |
| | ) | |
| $183,570.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed request to reschedule the Rule 16 telephone planning conference is granted and the conference is rescheduled to October 20, 2008 at 2:00 p.m. Central Time.

Plaintiff's counsel shall initiate the call.

DATED this 2nd day of October, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge