```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:08CV114
                               )
       v.                      )
                               )
$183,570.00 IN UNITED STATES   )            ORDER
CURRENCY,                      )
                               )
            Defendant.         )
                               )
```

   IT IS ORDERED:

   The stipulation of the parties, filing 21, is granted, and upon the filing of claimant's receipt in the amount of $3,570.00, judgment shall be entered.

   DATED this 3rd day of November, 2008.

                           BY THE COURT:

                           s/ *David L. Piester*
                           David L. Piester
                           United States Magistrate Judge